THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFREDO S. G. TAYLOR et al., Respondents, against JAMES J. SEXTON et al., Constituting the Board of Taxes and Assessments of the City of New York, et al., Appellants.

Argued June 10, 1940; decided July 24, 1940.

*William C. Chanler,* Corporation Counsel (*Arthur H. Goldberg, Arthur A. Segall* and *Mendel Lurie* of counsel), for appellants.

*Leon Sacks* and *Bela Darwin Eisler* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.